In the Matter of the Application of The Interocean Mercantile Corporation and The Equitable Trust Company of New York, for the Appointment of

an Arbitrator, Pursuant to the Contract Dated May 21, 1920, between the INTER-OCEAN MERCANTILE CORPORATION, Party of the One Part, Respondents, and GERTRUDE A. BUELL, Executrix of the Estate of GEORGE C. BUELL, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.